**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00495-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   IGNACIO GONZALEZ-RAMIREZ,
    a/k/a Juan Computadores,

    Defendant.

---

**MINUTE ORDER**[1]

---

    At the oral request of the parties, the change of plea hearing set for March 15, 2013, is **VACATED** and is **CONTINUED** to **April 19, 2013**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the change of plea hearing.

    Dated: January 10, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.