**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00495-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   IGNACIO GONZALEZ-RAMIREZ,
      a/k/a Juan Computadores,

      Defendant.

---

### MINUTE ORDER[1]

---

Due to a conflict arising on the court's calendar, the change of plea hearing set for Friday, April 19, 2013, should be vacated and reset pending further order of court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the change of plea hearing set for April 19, 2013, is **VACATED** and is **CONTINUED** pending further order of court;

2. That on **April 17, 2013**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to reset the change of plea hearing; and

3. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: April 10, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.