IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: September 19, 2013

Courtroom Deputy: Kathleen Finney
Court Reporter: Tracy Weir
Interpreter: Susanna Cahill
Probation Officer: Michelle Means

**Criminal Action No. 12-cr-00495-REB**

*Parties:*                                                 *Counsel:*

UNITED STATES OF AMERICA,       Shana Martin

    Plaintiff,

v.

IGNACIO GONZALEZ-RAMIREZ,       Ronald Hahn
    a/k/a Juan Computadores,

    Defendant.

**SENTENCING MINUTES**

**1:35 p.m.**     **Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addenda.

Counsel for the government confirms that counsel has read the presentence report and addenda.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addenda with the defendant.

Also pending before the court relevant to sentencing are the following:
- the **Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)** [#51] filed September 3, 2013;
- the defendant's **Objection to Presentence Investigation Report** [#52] filed September 5, 2013;
- the defendant's **Motion for Non Guideline Sentence Pursuant to Title 18, United States Code, Section 3553** [#57] filed September 13, 2013; and
- the **Government's Response to Defendant's Motion for Non Guideline Sentence Pursuant to Title 18 United States Code, Section 3553(a) [Docket #57]** [#58] filed September 13, 2013.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentences.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgments of conviction, sentences, and orders.

   **IT IS ORDERED** as follows:

   1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

   2. That the pending motions are resolved as follows: that the **Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)** [#51] is **GRANTED**; that defendant's **Motion for Non Guideline Sentence Pursuant to Title 18, United States Code, Section 3553** [#57] is **DENIED**;

   3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Counts One and Two of the Indictment;

   4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody

of the Bureau of Prisons to be imprisoned for a term of **twenty-one (21) months on each of Counts One and Two**, with the sentences to be served concurrently;

5. That no term of supervised release is imposed; however, the defendant is advised that if he enters, remains, or is found in the United States illegally, or if he possesses illegally a controlled substance, or if he possesses or uses any firearm, destructive device, or dangerous weapon, he may be subject to further prosecution in federal court;

6. That no fines are imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of $200.00;

8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

10. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado; and

11. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant is advised of the right to appeal the sentences imposed by the court.

**2:14 p.m.    Court in recess.**

Total time in court: 00:39

Hearing concluded.